Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| Jonathan Shute <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Province of New Brunswick, New Brunswick Department of Justice, Robert McKee, Hugh Flemming, Robin Huisman, Danielle Michaud, Kim Desrosiers, Shari Shute <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jonathan Shute |
   | Street Address | 164 Bear Cove Rd |
   | City and County | Baileyville  Washington County |
   | State and Zip Code | Maine 04694 |
   | Telephone Number | 207-214-7643 |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Province of New Brunswick |
| Job or Title *(if known)* | |
| Street Address | PO Box 6000 |
| City and County | Fredericton |
| State and Zip Code | New Brunswick, Canada E3B 5H1 |
| Telephone Number | 506-453-6250 |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | Danielle Michaud |
| Job or Title *(if known)* | Supervisor, Office of Support Enforcement, New Brunswick |
| Street Address | 385 Broadway Blvd |
| City and County | Grand Falls |
| State and Zip Code | New Brunswick, Canada E3Z 2K5 |
| Telephone Number | 1-866-673-4499 |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | Kim Desrosiers |
| Job or Title *(if known)* | Enforcement Officer, Office of Support Enforcement |
| Street Address | 385 Broadway Blvd |
| City and County | Grand Falls |
| State and Zip Code | New Brunswick, Canada E3Z 2K5 |
| Telephone Number | 1-866-673-4499 |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | Hugh Flemming |
| Job or Title *(if known)* | Minister of Justice, New Brunswick (prior) |
| Street Address | 70 Hampton Road |
| City and County | Rothesay |
| State and Zip Code | New Brunswick, Canada E2E 5Y2 |
| Telephone Number | 506-453-2506 |
| E-mail Address *(if known)* | hugh.flemming@gnb.ca |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1332

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Jonathan Shute, is a citizen of the State of *(name)* Maine.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* The Province of New Brunswick, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* Canada.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants have caused undue mental harm to the plaintiff, and the professional damage has limited the plaintiff's future earnings.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendants listed did defame the plaintiff on or about August 2, 2024, by making factually incorrect statements to the plaintiff's employer, in Machias, Washington County, Maine. Kim Desrosiers, the Enforcement Officer, did knowingly send a false and defamatory statement to Washington County Adult and Community Education, in Machais, Maine on August 2, 2024. Danielle Michaud, the immediate supervisor of Kim Desrosiers, did support Kim Desrosiers in sending a knowingly false and defamatory letter to the plaintiff's employer. Ms. Michaud also threatened the plaintiff with stealing his license and passport if he did not comply. Hugh Flemming, being the Minister of Justice in New Brunswick, ignored an informal legal communication (cease and desist letter), and allowed the defamation to take place under his supervision. This behaviour has persisted despite the Plaintiff providing a cease and desist letter. Robin Huisman did not stop employees of the Office of Support Enforcment from defaming the Plaintiff when it was brought to his attention. Robert McKee has not taken steps within his power to stop his employees from defaming the Plaintiff. On November 20, 2024, Shari Shute contacted my employer stating the Plaintiff had not paid child support. These actions were all taken despite the defendants having the availibility of evidence to demonstrate that their statements were false and defamatory. This has caused the Plaintiff severe emotional turmoil and anxiety and has impacted his ability to work.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks the court for actual damages to his phsycological health resulting from the untrue allegations in the amount of $5000, and harm to professional reputation of $25000. The defamatory statements made by the defendants have caused serious harm to my mental
The plaintiff asks the court for punitive damages of $500000, due to the defendants using their official capacities to advance their defamatory statements.
The Plaintiff also seeks an order from the court barring the Defendants, or their associates, from continuing to dissemate defamatory statements concerning the Plaintiff.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/12/2024

Signature of Plaintiff

Printed Name of Plaintiff   Jonathan Morley Shute

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

<table>
<tr><td>State and Zip Code</td><td>_____</td></tr>
<tr><td>Telephone Number</td><td>_____</td></tr>
<tr><td>E-mail Address</td><td>_____</td></tr>
</table>